

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DOMINOR PROPERTIES, LLC, JOHN LEGITTINO, DAVID RUOFF, and MAGNOLIA MOUNTAIN PROPERTIES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THERMAL TECHNOLOGIES, LLC, and DOES 1-10,<br><br>Defendants. | CV 19–02–M–DLC<br><br>ORDER |
| THERMAL TECHNOLOGIES, INC.,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>MATTHEW FOLKMAN, JARAS CONSTRUCTION, GLACIER GUARD INNOVATIONS, and DOES 1-10,<br><br>Third-Party Defendants. | |

Before the Court is the Stipulation to Dismiss with Prejudice filed on behalf of the Plaintiffs, Defendants, and Third-Party Plaintiffs. (Doc. 16.) Although the Third-Party Defendants did not sign the stipulation, they did not yet serve an

1

answer or motion for summary judgment. Thus, the Court dismisses this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Dated this 9th day of December, 2019.

Dana L. Christensen, Chief Judge
United States District Court